David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorney for Plaintiff,*
*ANTOINETTE DUGAR*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

ANTOINETTE DUGAR,

    Plaintiff,

v.

ENHANCED RECOVERY COMPANY, LLC,

    Defendants.

**Case No. 2:17-cv-00919-MMD-CWH**

**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO ENHANCED RECOVERY COMPANY, LLC**

Plaintiff ANTOINETTE DUGAR and Defendant ENHANCED RECOVERY COMPANY, LLC hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance

…

…

…

…

…

with Fed. R. Civ. P. 41 (a)(2) as to, **ENHANCED RECOVERY COMPANY, LLC**. Each party shall bear its own attorney's fees, and costs of suit.

Dated: February 7, 2018

| | |
|---|---|
| By:<br>*/s/David H. Krieger, Esq.*<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue<br>Suite 350<br>Henderson, Nevada 89123<br><br>*Attorney for Plaintiff,*<br>*ANTOINETTE DUGAR* | By:<br>*/s/ Taylor G. Selim, Esq.*<br>Taylor G. Selim, Esq.<br>Harper Selim<br>1707 Village Center Circle<br>Suite 140<br>Las Vegas, NV 89134<br>eservice@harperselim.com<br><br>*Attorney for Defendant*<br>*ENHANCED RECOVERY COMPANY, LLC.* |

## **ORDER**

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: February 12, 2018